UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:18-CR-00034-01 |
| VERSUS | JUDGE DRELL |
| DAVID PREJEAN (01) | MAGISTRATE JUDGE WHITEHURST |

## MINUTE ENTRY

A Change of Plea hearing for the defendant (01), David Prejean, is set for Wednesday, February 21, 2018 at 3:15 p.m.. before U.S. Magistrate Judge Carol Whitehurst in Courtroom 6, Lafayette, Louisiana.

THUS DONE in Chambers on this 20th day of February, 2018.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE