U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 1 2018

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.:6:18-cr-00034 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| DAVID PREJEAN | * | MAGISTRATE JUDGE WHITEHURST |

**CONSENT TO PLEAD BEFORE**
**UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND**
**WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION**

The above-captioned United States Magistrate Judge has explained to me the nature of the offenses with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

I hereby waive (give up) my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge, who will provide a report and recommendation to the District Judge.

I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

I understand that pursuant to 28 U.S.C. § 636, the parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation. I hereby waive (give up) the fourteen (14) day objection period so that the District Judge may immediately adopt the report and recommendation,

thereby accepting my guilty plea, and set a sentencing date.

_____     Date: _____02/21/18_____
DAVID PREJEAN
Defendant

_____     Date: _____2-21-18_____
JOSHUA GUILLORY
Counsel for Defendant