# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-CR-00034 |
| VERSUS | * | JUDGE DEE D. DRELL |
| DAVID PREJEAN | * | MAG. JUDGE WHITEHURST |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocation of the defendant, **DAVID PREJEAN**, on February 21, 2018. Defendant was present with his counsel Joshua Slavone Guillory

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, **DAVID PREJEAN**, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that **DAVID PREJEAN** be finally adjudged guilty of the offense charged in Count One of the Bill of Information.

The defendant has waived his right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 28th day of March, 2018.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE