RECEIVED

MAR 2.9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:18-cr-00034 |
|---|---|
| VERSUS | JUDGE DEE D. DRELL |
| DAVID PREJEAN | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, **DAVID PREJEAN**, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count One of the Bill of Information, consistent with the report and recommendation.

Alexandria, Louisiana, this _29_ day of March, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT